IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:03CR255 |
| V. | ) | |
| ANTHONY E. MOSES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to seal (filing 70) is granted.

(2) The plaintiff's motion to seal (filing 71) is granted. The Clerk of Court shall seal filing nos. 12, 46, 47, 48, 49 and 51 and remove the Disposition paragraph.

DATED this 20th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge